# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE REYNOLDS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>P. ARELLANO, et al.,<br><br>　　　　Defendants. | Case No. 1:22-cv-01482-ADA-SAB (PC)<br><br>ORDER DISMISSING ACTION FOR FAILURE TO PAY FILING FEE<br><br>(ECF No. 10) |

　　　Plaintiff Tyrone Reynolds is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.  On June 1, 2023, the Court denied Plaintiff's application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(g) and ordered Plaintiff to pay the filing fee within 30 days.  (ECF. No. 10.)  Plaintiff was also informed that "[f]ailure to pay the required filing fee in full within the specified time will result in the dismissal of this case."  (*Id*. at 2.)

　　　Plaintiff has not paid the filing fee or otherwise responded to the Court's June 1, 2023, order and the time to do so has passed.  Accordingly, the Court ORDERS:

　　　1.　　This action is DISMISSED without prejudice.

　　　2.　　The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:　　July 17, 2023　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1